UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **5:21-cv-01682-JWH-SHK**                                                Date: May 2, 2023

Title   ***Kenneth McDonnell v. United Healthcare Services, Inc.***

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

|  D. Castellanos  |  CourtSmart RS -146  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas West | Bryan Westerfeld |

**Proceedings:**  **SETTLEMENT CONFERENCE – SETTLEMENT REACHED – HEARING PARTIALLY SEALED**

A settlement was reached in this case pursuant to a mediator's proposal. Attorney Nicholas West was present for Plaintiff and attorney Bryan Westerfeld was present for Defendant. As discussed on the record, the disclosed settlement amount is placed **under seal**. The Court set the following deadlines, with the agreement of the parties:

- Defendant's counsel is to provide a draft settlement agreement to Plaintiff's counsel by close of business day on **May 5, 2023**.
- Plaintiff's counsel is to provide comments to the settlement agreement by close of business on **May 9, 2023**.
- The settlement agreement is to be executed by **May 12, 2023**.
- Payment is to be made within 30 calendar days after the execution of the settlement agreement or no later than **June 13, 2023**.

Lastly, the notice to dismiss this action with prejudice with each party bearing their own costs and fees shall be filed with the Court before the District Judge within one business day of receipt of payment receipt, but no later than **June 14, 2023**. All future deadlines and hearings shall be terminated.

**IT IS SO ORDERED**

:5

**Initials of Preparer**   DC