

1 | Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
2 | Nicholas A. West (SBN 309003) *nw@mckennonlawgroup.com*
  | **McKENNON LAW GROUP PC**
3 | 20321 SW Birch Street, Suite 200
  | Newport Beach, California 92660
  | Phone: 949-387-9595  |  Fax: 949-385-5165

4 | Attorneys for Plaintiff Kenneth McDonnell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| KENNETH McDONNELL, | Case No.: 5:21-cv-01682-JWH-SHK |
|---|---|
| Plaintiff, | Action Filed: October 4, 2021 |
| vs. | <u>Assigned to:</u><br>District Judge John W. Holcomb<br>Magistrate Judge Shashi H. Kewalramani |
| UNITED HEALTHCARE SERVICES, INC.; UNITED HEALTHCARE OF CALIFORNIA; and DOES 1 through 10, inclusive, | Trial Date: |
| Defendants. | **JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[Filed Concurrently With:
- [Proposed] Order re Dismissal of Entire Action]



Case No.: 5:21-cv-01682-JWH-SHK

**IT IS HEREBY STIPULATED**, by and between Kenneth McDonnell, United HealthCare Services, Inc., and United Healthcare of California by and through their respective counsel of record that this action shall be dismissed with prejudice in its entirety, each party to bear their own costs and attorneys' fees.

Dated: June 14, 2023  **McKENNON LAW GROUP PC**

By: /s/ Nicholas A. West
**Robert J. McKennon**
**Nicholas A. West**
Attorneys for Plaintiff,
Kenneth McDonnell

Dated: June 14, 2023  **WALRAVEN & WESTERFELD LLP**

By:  /s/Bryan Westerfeld
**Bryan Westerfeld**
Attorney for Defendant United Healthcare of California



**SIGNATURE CERTIFICATION**

Pursuant to ECF 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document is acceptable to Brian Westerfeld, counsel for Defendant United HealthCare Services, Inc., and that I have obtained Mr. Westerfeld's authorization to affix his electronic signature to this document.

Respectfully executed and submitted this 14th day of June, 2023.

Dated: June 14, 2023                    **McKENNON LAW GROUP PC**

By: /s/ Nicholas A. West
ROBERT J. McKENNON
NICHOLAS A. WEST
Attorneys for Plaintiff,
Kenneth McDonnell

Case No.: 5:21-cv-01682-JWH-SHK



## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on June 14, 2023, I served the foregoing documents described as: JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE on the interested parties as follows:

| | |
|---|---|
| Bryan S. Westerfeld<br>*bwesterfeld@walravenlaw.com*<br>Tianyao Zhou<br>*cxz@walravenlaw.com*<br>WALRAVEN & WESTERFELD LLP<br>20 Enterprise, Suite 310<br>Aliso Viejo, California 92656<br>Telephone: (949) 215-1990<br>Fax: (949) 215-1999 | Attorneys for Defendant, United HealthCare Services, Inc.<br>☒ ECF Participant |

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

Case No.: 5:21-cv-01682-JWH-SHK



☐   I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐   **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐   **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐   **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on June 14, 2023.

NAME: _____ *Debi Cartee* _____
(Signature)

Case No.: 5:21-cv-01682-JWH-SHK