JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH McDONNELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE<br>SERVICES, INC.; UNITED<br>HEALTHCARE OF CALIFORNIA;<br>and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 5:21-cv-01682-JWH-SHK<br>Action Filed: October 4, 2021<br><br><u>Assigned to</u>:<br>District Judge John W. Holcomb<br>Magistrate Judge Shashi H. Kewalramani<br><br>**ORDER GRANTING JOINT<br>STIPULATION TO DISMISS ENTIRE<br>ACTION WITH PREJUDICE** |



1    The parties having stipulated that this matter has been resolved in its entirety

2    with each side to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(2) of

3    the Federal Rules of Civil Procedure this matter is hereby **DISMISSED with**

4    **prejudice**.

5    **IT IS SO ORDERED.**

6

7    Dated:  June 15, 2023

8    Honorable John W. Holcomb
     United States District Judge